and stead of John J. Tomich, deceased, as party defendant, affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

DOLORES F. WAGNER, Appellant, v. GEORGE G. WAGNER, Respondent.— Order denying stay, and order modifying award of alimony provided for in the judgment, affirmed, without costs. No opinion. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

In the Matter of the Application of HORACE PHILIP HEFFERNAN for Admission to the Bar. (From the District of Columbia.) — Application granted. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

In the Matter of the Application of ARTHUR LESLIE LUDOLPH for Admission to the Bar. (From the State of Illinois.) — Application granted. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

In the Matter of the Application of SAMUEL MARKLE for Admission to the Bar. (From the State of Connecticut.) — Application granted. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

In the Matter of the Application of CARROLL SINGLE for Admission to the Bar. (From the State of California.) — Application granted. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

PATRICK CALLAHAN, Appellant, v. ANNIE ELIZABETH RASMUSSEN, Respondent.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

MARY I. CAREY, Appellant, v. JOHN CAREY and Others, Respondents.— Motion for stay of proceedings granted. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

SAMUEL I. COHEN, Respondent, v. JACOB FELLERMAN, Appellant. (Specific performance.) — Motion to extend time to perfect appeal granted on condition that appellant perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

SAMUEL I. COHEN, Respondent, v. JACOB FELLERMAN, Appellant. (Specific performance.) — Motion to dismiss appeal denied on condition that appellant perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

DE NOBILI CIGAR COMPANY, Respondent, v. GIUSEPPE ALFIERI, Appellant.— Motion for stay denied. Present — Kelly, P. J., Manning, Young, Kapper, Lazansky and Hagarty, JJ.

SAMUEL DE REFLER, on Behalf of Himself and All Similarly Situated Stockholders of the VICTORY CLEANERS & DYERS, INC., Respondent, v. SAMUEL KASHNER, BARNETT NASSAU, HENRY L. HAMMER, WILLIAM KASHNER and THE VICTORY CLEANERS & DYERS, INC., Appellants.— Motion for stay denied. Defendants are given ten days from the entry of the order herein within which to serve answer. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

ROY DE SALLES, Respondent, v. WESTCHESTER OPERATING COMPANY, Appel-